# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ESTATE OF FELIX HOPGOOD,
        Plaintiff,

v.                       Case No. 06-C-786

CITY OF MILWAUKEE, et al.,
        Defendants.

## ORDER

On January 26, 2007, a mediation/settlement conference was conducted in this action. The mediation/settlement conference resulted in resolution of plaintiff's claims.

Accordingly, this action is referred back to the Honorable Charles N. Clevert, Jr., for entry of an appropriate order of dismissal after the parties finalize settlement documents.

SO ORDERED.

Dated at Milwaukee, Wisconsin, this <u>26th</u> day of January, 2007.

                      BY THE COURT:

                      <u>s/AARON E. GOODSTEIN</u>
                      United States Magistrate Judge